UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case Number: 23-mj-17028 (SAK) |
| JAMES CARNEY, JR. | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of Jersey, (Kristen M. Harberg, Assistant United States Attorney, appearing), and defendant James Carney, Jr., (Christopher O'Malley, Esquire, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately sixty (60) days to allow the defendant time to review pre-indictment discovery and consult with counsel, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and the Court having previously granted one continuance in this case, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Counsel for the United States has provided defense counsel with pre-indictment discovery and the defendant, through counsel, has consented to this Order, and that both the United States and the defendant desire additional time to allow the defendant to review discovery and consider a non-trial disposition, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2.  Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS on this  22nd  day of September, 2023,

ORDERED that this action be, and hereby is, continued through and including November 27, 2023; and

IT IS FURTHER ORDERED that the period from the date of entry of this Order through **November 27, 2023** shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
THE HONORABLE SHARON A. KING
United States Magistrate Judge

_____
Kristen M. Harberg, AUSA

_____
Jason M. Richardson, AUSA
Attorney-in-Charge

_____
Christopher O'Malley, Esquire
Counsel for Defendant